EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT  3753
Assistant U.S. Attorney

LAWRENCE L. TONG  3040
Assistant U.S. Attorney
BRETT T. EGUSA
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR03 00187 DAE |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | |
| vs. ) | 18 U.S.C. § 2243(a) |
| ) | [Sexual Abuse of a Minor] |
| JESUS NORBERTO EVANS-MARTINEZ, ) | |
| ) | |
| Defendant. ) | |

INDICTMENT

The Grand Jury charges that:

On a precise date not known to the Grand Jury, but between March 2002 and March 2003, at Schofield Barracks, a place within the special maritime and territorial jurisdiction of the United States, in the District of Hawaii, JESUS NORBERTO EVANS-MARTINEZ did knowingly engage in a sexual act with another person

who had attained the age of 12, but had not attained the age of 16, and who was at least four years younger than said JESUS NORBERTO EVANS-MARTINEZ.

All in violation of Title 18, United States Code, Section 2243(a).

Dated: Honolulu, Hawaii, April 16, 2003.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Jesus Norberto Evans-Martinez
"Indictment"
Cr. No. _____