EDWARD H. KUBO, JR.  2499
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT  3753
Assistant U.S. Attorney

LAWRENCE L. TONG  3040
Assistant U.S. Attorney
BRETT T. EGUSA
Special Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
E-Mail: Larry.Tong@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 2 2 2003

at 4 o'clock and 30 min ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 03-00187 DAE |
| ) | |
| Plaintiff, ) | SUPERSEDING INDICTMENT |
| ) | |
| ) | 18 U.S.C. § 2243(a) |
| vs. ) | [Sexual Abuse of a Minor] |
| ) | 18 U.S.C. § 2251(c) |
| JESUS NORBERTO EVANS-MARTINEZ, ) | [Sexual Exploitation of |
| ) |  Children] |
| ) | 18 U.S.C. § 1512(b) |
| Defendant. ) | [Witness Tampering] |
| ) | |

SUPERSEDING INDICTMENT

COUNT 1

The Grand Jury charges:

On a precise date not known to the Grand Jury, but between March 2002 and March 2003, at Schofield Barracks, a place within the special maritime and territorial jurisdiction of the

United States, in the District of Hawaii, JESUS NORBERTO EVANS-MARTINEZ did knowingly engage in a sexual act with another person who had attained the age of 12, but had not attained the age of 16, and who was at least four years younger than said JESUS NORBERTO EVANS-MARTINEZ.

All in violation of Title 18, United States Code, Section 2243(a).

### COUNT 2

The Grand Jury further charges:

On or about September 14, 2002, in the District of Hawaii and elsewhere, JESUS NORBERTO EVANS-MARTINEZ did knowingly make, print and publish, and cause to be made, printed and published, a notice and advertisement, which JESUS NORBERTO EVANS-MARTINEZ knew and had reason to know would be transported in interstate and foreign commerce by any means, including by computer, which notice and advertisement sought and offered to receive, exchange, display, distribute and reproduce, visual depictions, the production of which involved the use of minors engaged in sexually explicit conduct, and which depictions were of such conduct, namely, said JESUS NORBERTO EVANS-MARTINEZ sent an e-mail to various Yahoo groups advertising the existence of a new Internet group which he was forming to post, exchange and distribute child pornography.

All in violation of Title 18, United States Code, section 2251(c).

## COUNT 3

The Grand Jury further charges:

On or about April 5, 2003, in the District of Hawaii, JESUS NORBERTO EVANS-MARTINEZ did corruptly persuade another person, with intent to cause and induce that person to alter, destroy, mutilate and conceal certain objects with intent to impair the integrity and availability of such objects for use in an official proceeding, namely, JESUS NORBERTO EVANS-MARTINEZ induced a person to destroy pictures, a computer hard drive and compact disks which he knew contained evidence concerning an investigation into his production and possession of child pornography.

///
///
///
///
///
///
///
///
///

3

In violation of Title 18, United States Code, section 1512(b).

Dated: Honolulu, Hawaii, October 22, 2003.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

J. MICHAEL SEABRIGHT
Assistant U.S. Attorney

LAWRENCE L. TONG
Assistant U.S. Attorney

United States v. Jesus Norberto Evans-Martinez
"Superseding Indictment"
Cr. No. 03-00187 DAE

4