# United States Court of Appeals for the Ninth Circuit
## Record Transmittal Form

Date:  March 23, 2006

To:  United States Court of Appeals      Attn:  ( )  Civil
     For the Ninth Circuit
     Office of the Clerk                              (✓)  Criminal
     95 Seventh Street
     San Francisco, California 94103              ( )  Judge

From: United States District Court
      300 Ala Moana Blvd. Room C-338
      Honolulu, Hawaii 96813

DC No:         CR 03-00187DAE                  Appeal No:    05-10280
Short Title:   USA vs. Evans-Martinez

| | | |
|---|---|---|
| Clerk's Files in | 1 | volumes  (✓) original  ( ) certified copy |
| Bulky docs | | volumes (folders)  docket # |
| Reporter's Transcripts | 2 | volumes  (✓) original  ( ) certified copy<br>1/22/2004, 3/10/2005 |
| Sealed Docs: | 4 | Documents  (✓) under seal<br>1, 11, 39, 41 |
| | | boxes  ( ) under seal |

Other:
-certified copy of docket sheet
-sealed document nos:   1, 11, 39, 41

Acknowledgment: _____     Date: _____

cc: all counsel