

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 24 2008

MOLLY C. DWYER, CLERK OF COURT
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>JESUS NORBERTO EVANS-MARTINEZ,<br><br>Defendant - Appellant. | No. 05-10280<br>D.C. No. CR-03-00187-DAE<br>District of Hawaii, Honolulu<br><br>**MANDATE** |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 28 2008

at 11 o'clock and ___ min. ___ M.
SUE BEITIA, CLERK

The judgment of this Court, entered 7/2/08, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

Molly C. Dwyer
Clerk of Court

By: Lee-Ann Collins
Deputy Clerk

***NOTE TO PUBLIC ACCESS USERS*** **Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.**

### United States Court of Appeals for the Ninth Circuit

**Notice of Docket Activity**

The following transaction was entered on 07/24/2008 at 9:19:35 AM PDT and filed on 07/24/2008

| | |
|---|---|
| **Case Name:** | USA v. Evans-Martinez |
| **Case Number:** | 05-10280 |
| **Document(s):** | Document(s) |

**Docket Text:**
MANDATE ISSUED.(RRB, RCF and RJT)

The following document(s) are associated with this transaction:
**Document Description:** Mandate Letter
**Original Filename:** /opt/ACECF/live/forms/leeann_0510280_6596026_MandateForm_108.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1106763461 [Date=07/24/2008] [FileNumber=6596026-0]
[425c54d745111c37650faa2e2427d087c7afce767a36e25f46c47f53fd5220e8507ea6714a27db1bd9c5cfd0
**Recipients:**

- Silvert, Alexander, Attorney
- Tong, Lawrence L., Attorney
- USDC, Honolulu
- Wolff, Peter C., Jr., Attorney

**Notice will be electronically mailed to:**

Tong, Lawrence L., Attorney: larry.tong@usdoj.gov, Ann.Yuuki@usdoj.gov, Jan.Yoneda@usdoj.gov, USAHI.ECFappeal@usdoj.gov
Wolff, Peter C., Jr., Attorney: peter.Wolff@gmail.com, peter_wolff@fd.org, fpdhi@hotmail.com, lynelle_oshita@fd.org

**Notice will be mailed to:**

Silvert, Alexander, Attorney
FPDHI - FEDERAL PUBLIC DEFENDER'S OFFICE (HONOLULU)
PJKK Federal Bldg.
Ste. 7104
300 Ala Moana Blvd.
Honolulu, HI 96850-5269

USDC, Honolulu

District of Hawaii (Honolulu)
United States Courthouse
Room C338
300 Ala Moana Blvd.
Honolulu, HI 96850-0000

The following information is for the use of court personnel:

**DOCKET ENTRY ID:** 6596026
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 5721267