# MEMORANDUM

July 24, 2008

| | |
|---|---|
| TO: | Clerk<br>USDC Hawaii (Honolulu)<br>300 Ala Moana Blvd., Room C-338<br>Honolulu, HI 96813 |
| FROM: | Honorable Robert R. Beezer<br>U. S. Court of Appeals for the Ninth Circuit<br>1200 Sixth Avenue, Suite 301<br>Seattle, WA 98101 |
| RE: | CA# 05-10280    D.C. # CR-03-00187-DAE |
| | Title USA v. Evans-Martinez |

**RECEIVED**
CLERK U.S. DISTRICT COURT
JUL 28 2008
DISTRICT OF HAWAII

RECORD RETURNED:

____1____ VOL. CLERK'S FILE

____2____ VOL. REPORTER'S TRANSCRIPT

OTHER  4 docs under seal

cc: U.S. Court of Appeals for the Ninth Circuit
    Attn: Records Unit

 

**United States Court of Appeals for the Ninth Circuit**
**Records Department**
**95 Seventh Street**
**San Francisco, California 94103**

## MEMORANDUM

Date:      March 2, 2006

TO:        Clerk's Office
           USDC Hawaii (Honolulu)

FROM:      Steve Seferian, Supervisor

SUBJECT:   Request for Record on Appeal

**RECEIVED**
CLERK, U.S. DISTRICT COURT
MAR - 2 2006
DISTRICT OF HAWAII

Pursuant to the request of a Judge/Staff Attorney of this court, please transmit the Record on Appeal in the following case.

**Please enclose a copy of this letter with the requested record. Please include all clerks files, reporters transcripts, sealed documents and state lodged documents. Please advise the Records Unit by email at CA09 Records/CA09/09/USCOURTS if this record is only available electronically.**

| Case Number | Title | District Court Number |
|---|---|---|
| 05-10280 | USA v. Evans-Martinez | CR-03-00187-DAE |

**Please send record directly to:**

Judge ROBERT R. BEEZER
PARK PLACE BUILDING
1200 SIXTH AVE, SUITE 301
SEATTLE WA 98101